# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLIE CONNER, | |
| Plaintiff, | Case No. 19-CV-00846 |
| v. | Honorable Manish S. Shah |
| THE BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS, | |
| Defendant. | |

## AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Northern District of Illinois Local Rules 5.8 and 26.2, Defendant, The Board of Trustees for the University of Illinois ("University"), through its undersigned counsel, brings this Administrative Motion to File Exhibit B attached to its Motion to Strike and Dismiss Plaintiff's Amended Complaint Pursuant to Rules 8(a), 12(f), and 12(b) (6) and Memorandum in Support Thereof under seal. In support of this Motion, the University states:

1. Exhibit B to the University's Motion to Dismiss is an unredacted document entitled SETTLEMENT AGREEMENT, GENERAL RELEASE AND COVENANT NOT TO SUE (Agreement) signed by Plaintiff and the University on December 21, 2015.

2. Paragraph 5.1 of the Agreement outlined its confidential nature and restricted its publication to only Plaintiff's "attorneys, tax advisors, and immediate family, or where otherwise required by law."

3. Granting this Motion would preserve and protect the intended confidentiality of the terms and conditions in the Agreement that are unrelated to the University's arguments in its Motion to Dismiss. Plaintiff objects to this Motion.

Wherefore, based on the above, Defendant The Board of Trustees of the University of Illinois prays that its Motion be granted, and an order be entered allowing Exhibit B to be filed under seal.

Dated: May 21, 2019

Respectfully submitted,

**The Board of Trustees for the University of Illinois**

By: /s/ Stephen H. Pugh
    One of its Attorneys

Stephen H. Pugh
Thomas J. Koch
Seth M. Rosenberg
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800
Facsimile: (312) 768-7801
spugh@pjjlaw.com ARDC# 2272177
tkoch@pjjlaw.com  ARDC# 6188501
srosenberg@pjjlaw.com ARDC# 6279711

# CERTIFICATE OF SERVICE

I, Stephen H. Pugh, an attorney, certify that I shall cause to be served a copy of Defendant The Board of Trustees for the University of Illinois' *Motion to for Leave to File Under Seal* upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing System ("CMECF"), as indicated below, on May 21, 2019.

| | | |
|---|---|---|
| ☒ | E-Filing | *Attorney for Plaintiff* |
| ☐ | Facsimile/___ Pages | Rebecca Houlding |
| ☐ | Federal Express | Friedman & Houlding LLP |
| ☐ | U.S. Mail | 1050 Seven Oaks Lane |
| ☐ | Messenger | Mamaroneck, New York 10543 |
| ☐ | Electronic Mail | (888) 369-1119 ext. 5 |
| | | (866) 731-5553 |
| | | rebecca@friedmanhoudingllp.com |
| ☒ | E-Filing | *Attorney for Plaintiff* |
| ☐ | Facsimile/___ Pages | Jesse Centrella |
| ☐ | Federal Express | Friedman & Houlding LLP |
| ☐ | U.S. Mail | 1050 Seven Oaks Lane |
| ☐ | Messenger | Mamaroneck, New York 10543 |
| ☐ | Electronic Mail | (912) 944-8620 |
| | | (866) 731-5553 |
| | | jesse@friedmanhoudingllp.com |
| ☒ | E-Filing | *Attorney for Plaintiff* |
| ☐ | Facsimile/___ Pages | Max Barack |
| ☐ | Federal Express | Favaro & Gorman, Ltd. |
| ☐ | U.S. Mail | 835 Sterling Avenue, Suite 100 |
| ☐ | Messenger | Palatine, IL 60067 |
| ☐ | Electronic Mail | (847) 934-0060 |
| | | mbarack@favarogorman.com |

/s/ *Stephen H. Pugh*
Stephen H. Pugh