UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF ILLINOIS

Chicago Division

| | | |
|---|---|---|
| **CHARLIE CONNER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:19-cv-00846-MSS SIS |
| | ) | |
| | ) | |
| | ) | The Honorable Manish S. Shah |
| **THE BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF ILLINOIS** | ) | Plaintiff Demands Trial by Jury |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PURSUANT TO LOCAL RULE 83.17

**NOW COMES** counsel for Plaintiff, CHARLIE CONNER, Andre P. Gaston of The Law Office of Andre P. Gaston, P.C., and pursuant to rule 83.17 of the Rules of the United States District court for the Northern District of Illinois, hereby move this Honorable Court for leave to withdraw as counsel for Plaintiff.

In support of this motion, counsel for Plaintiff states as follows:

This action alleging discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 *as amended* was filed on February 8, 2019 by Plaintiff's prior Attorney. During the course of this litigation, counsel for Plaintiff has determined that continued representation of Plaintiff is impracticable and that withdrawal is appropriate. In particular, fundamental disagreements arose between counsel and

1

Plaintiff with respect to a variety of key issues and strategy in litigating this matter. Further, counsel seeks to withdraw from this matter pursuant to certain rules as defined by the Illinois Rules of Professional Responsibility.

**WHEREFORE**, counsel for Plaintiff seeks an Order granting him leave to withdraw as counsel for Plaintiff instanter, and entering an order allowing Plaintiff to time to find new counsel or proceed *pro se* and complete discovery in this matter.

Dated: April 27, 2021             Respectfully Submitted,

By: */s/ Andre P. Gaston*
Andre P. Gaston

Andre P. Gaston
Attorney for Plaintiff
The Law Office of Andre P. Gaston, P.C.
1901 North Roselle Road, Suite 800
Schaumburg, Illinois 60195
Tel: 630.560.3692
Fax: 630-566-0367
Email: andre.gaston@agastonlaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused a copy of the forgoing MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF PURSUANT TO LOCAL RULE 83.17 to be served upon the party and opposing counsel via ECF and the counsel and the Plaintiff as identified below by placing a copy of same, in the U.S. Mail chute with postage affixed and pre-paid, located in Schaumburg, Illinois before 5:00 p.m. on April 27, 2021.

CHARLIE CONNER
442 Manistee Avenue
Calumet City, Illinois 60409

Nicholas Gowen
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois 60611

Andre P. Gaston

Andre P. Gaston
Attorney for Plaintiff
The Law Office of Andre P. Gaston, P.C.
1901 North Roselle Road, Suite 800
Schaumburg, Illinois 60195
Tel: 630.560.3692
Fax: 630-566-0367
Email: andre.gaston@agastonlaw.com